# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00330-CR

**Cedric Bernard Walton, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 19,014, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Cedric Bernard Walton filed a notice of appeal attempting to challenge the district court's April 20, 2015 post-judgment order denying his "Motion for Judgment to Correct Clerical Mistake (Nunc Pro Tunc)" in which he sought jail-time credit on his sentence. *See* Tex. Code Crim. Proc. art. 42.03, § 2(a).

We do not have jurisdiction to review interlocutory orders in a criminal appeal unless that jurisdiction has been expressly granted by law. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *see Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law but whether appeal is authorized by law). There is no such grant for this appeal from the district court's post-judgment order denying a time-credit motion. *See Abbott*, 271 S.W.3d at 696-97; *see also Suarez v. State*, No. 03-14-00477-CR, 2014 Tex. App. LEXIS 10635, at *1 (Tex. App.—Austin Sept. 25, 2014,

no pet.) (mem. op., not designated for publication) (dismissing appeal for want of jurisdiction because order denying motion for judgment nunc pro tunc was not appealable).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed:   July 24, 2015

Do Not Publish